IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA　　　　　　　INDICTMENT

v.　　　　　　　Case No. 25 CR 105 WMC

　　　　　　　21 U.S.C. § 841(a)(1)

WILLIE MILLS,

　　　　Defendant.

---

THE GRAND JURY CHARGES:

### COUNT 1

On or about October 1, 2025, in the Western District of Wisconsin, the defendant,

WILLIE MILLS,

knowingly and intentionally possessed with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 10-29-2025

_____
CHADWICK M. ELGERSMA
Acting United States Attorney