IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

v.

Case No.  25-cr-105-wmc

WILLIE MILLS,

Defendant.

---

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF WISCONSIN, WARDEN, OR ANY OTHER PERSON HAVING LAWFUL CUSTODY OF THE ABOVE-NAMED DEFENDANT.

G R E E T I N G S:

WE COMMAND YOU, that you have the body of

Willie Mills,

now detained in Dane County Jail, under safe and secure conduct at Room 250, United States Courthouse, 120 North Henry Street, Madison, Wisconsin 53703, commencing May 6, 2026, at 2:00 p.m., for the purpose of sentencing and for any other proceedings scheduled by the court herein.

WITNESS, the Honorable United States Magistrate Judge for the Western District of Wisconsin, at Madison, Wisconsin, Western District of Wisconsin, on this _____ day of April, 2026.

JOEL TURNER, Clerk
United States District Court
Western District of Wisconsin

By

_____
Clerk